CITY OF BUFFALO, Respondent, *v.* PLAINFIELD HOTEL CORPORATION, Appellant.

Submitted October 4, 1949; decided December 2, 1949.

*James P. Kohler* and *James P. Kohler, Jr.,* for motion.

*Fred C. Maloney, Corporation Counsel (Adon W. Crosby* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.